DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT
_____

KEVIN CHARLES ROGERS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2897
_____

October 31, 2025

Appeal from the Circuit Court for Pinellas County; Keith Meyer, Judge.

Blair Allen, Public Defender, and Joe Caimano, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and William A. Leto, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, SILBERMAN, and VILLANTI, JJ., Concur.
_____

Opinion subject to revision prior to official publication.